## Richard K. Magid, Appellee, v. Drexel National Bank, Appellant.
## Richard K. Magid, Appellee, v. National Bank of Hyde Park, Appellant.

**Gen. No. 43,652.**

opinion filed February 20, 1947; rehearing denied March 12, 1947; released for publication March 28, 1947. Burke, James & Burke and Frank L. Paul, for appellants; Edmund W. Burke, Frank L. Paul. and Harry N. Osgood, of counsel; Myer N. Rosengard, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**